

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2022

No. 04-22-00053-CR

Santiago **RODRIGUEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0863-CR-C
Honorable Daniel H. Mills, Judge Presiding

# O R D E R

On May 26, 2022, Appellant Santiago Rodriguez's court-appointed appellate counsel moved this court to abate this appeal for the trial court to appoint different appellate counsel.

The next day, we abated this appeal, suspended appellate deadlines, and remanded the cause to the trial court to confirm that Appellant is indigent and wishes to proceed with this appeal, and if so, for the trial court to appoint replacement appellate counsel. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(d).

The trial court granted previous counsel's motion to withdraw and appointed new appellate counsel: Gregory Sherwood.

We **reinstate** this appeal and the appellate timetable. The appellate record appears to be complete. Appellant's brief is due **thirty days** from the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2022.



Michael A. Cruz,
Clerk of Court